**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LOYD SINGLEY**                                                                 **PLAINTIFF**

**VS.**                                   **CASE NO.  5:18cv196-JM**

**RETZER RESOURCES, INC**                                          **DEFENDANT**


## AGREED ORDER OF DISMISSAL

ON THIS DATE, came on to be considered Plaintiff LOYD SINGLEY and Defendant RETZER RESOURCES, INC., joint oral motion for dismissal with prejudice. Based on the pleadings filed herein, the agreement of counsel as evidenced by their signatures hereto and being well and otherwise sufficiently advised in the premises the Court doth find and order as follows, to wit:

IT IS CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's complaint and all claims pertaining thereto in the above-entitled and numbered cause against Defendant be and hereby are dismissed with prejudice to the refiling of same in any form with each party to bear its own costs and fees herein. All other relief not herein granted is hereby denied. This Order of Dismissal is final for all parties and all purposes.


SIGNED this 24th day of June, 2019.


_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

 /s/ Lloyd W. Kitchens _____
Lloyd W. "Tre" Kitchens
THE BRAD HENDRICKS LAW FIRM
ABN: 99075
E-mail:  tkitchens@bradhendricks.com
500 c Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444 Telephone
(501) 219-0608 Facsiile

ATTORNEYS FOR PLAINTIFF
Loyd Singley




*/s/ David W. Whitehurst* _____
DAVID W. WHITEHURST
WHITEHURST & CAWLEY, L.L.P.
ABN: 90081
16300 Addison Road, Suite 100
Addison, Texas 75001
E-mail: dwhitehurst@whitehurstlaw.com
(972) 503-5455 Telephone
(972) 503-6155 Facsimile

ATTORNEYS FOR DEFENDANT
Retzer Resources, Inc.